## Continental & Commercial National Bank of Chicago, Appellee, v. Ford & Parker Teaming Company et al., Appellants.

### Gen. No. 23,147.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. LOCK-WOOD HONORE, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed November 5, 1917. Rehearing denied November 19, 1917.

### Statement of the Case.

The plaintiff, Continental & Commercial National Bank of Chicago, obtained a judgment against the defendants, Ford & Parker Teaming Company and others, by confession entered upon a note for $1,000, with warrant of attorney to confess judgment. Defendants appeal from the denial of their motion to vacate the judgment.

DANIEL L. MADDEN and R. C. MERRICK, for appellants.

MAYER, MEYER, AUSTRIAN & PLATT, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1749*—*when judgment affirmed.* Where a bill of exceptions has been stricken and no error appears in the common-law record, the judgment of the trial court will be affirmed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.